# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 3:05cr30/MCR
                  3:05cv247/MCR/MD

JOSEPH BRADLEY MURPHY

_____/

## O R D E R

After this court denied his motion to vacate pursuant to 28 U.S.C. § 2255, the defendant filed a motion for certificate of appealability. (Doc. 83). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's April 7, 2009 order (doc. 78) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on December 15, 2008 (doc. 76) over defendant's objection (doc. 77), his request for a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed, and the court finds that in the event one was filed it should be denied as the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

**DONE AND ORDERED** this 17th day of August, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**